M. ANNIE STANLEY, as Executrix and Trustee under the Will of WILLIAM FOSTER, Deceased, Appellant, *v.* THE JAY STREET CONNECTING RAILROAD, Respondent.

*Stanley* v. *Jay Street Connecting Railroad*, 182 App. Div. 399, affirmed.

(Argued November 24, 1919; decided December 9, 1919.)

APPEAL from a judgment entered March 12, 1918, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint. The action was brought by William Foster, plaintiff's testator, to compel the defendant to remove its

railroad tracks immediately in front of plaintiff's premises, and for an injunction to restrain the defendant from operating its railroad in Plymouth street, Brooklyn. Plaintiff did not own the bed of the street. The Appellate Division held that " the construction, maintenance and operation of the defendant's railroad in Plymouth and Bridge streets in front of the plaintiff's property was and is a reasonable use of the said street for railroad purposes and was not and is not exclusive in its nature and leaves the said street substantially free and unobstructed."

*William Wills* and *Edward Ward McMahon* for appellant.

*William N. Dykman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: COLLIN, HOGAN, CARDOZO and McLAUGH-LIN, JJ. Dissenting: POUND and ELKUS, JJ. Absent: HISCOCK, Ch. J.